UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR-12-592(A)-R**                                     Date: **AUGUST 3, 2012**

==================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Sheri Kleeger | Vicki Chou |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

==================================================================
U.S.A. vs (Dft listed below)                Attorney for Defendant

1)   LABAKE ADEJOKE ONIFADE            1)   Anthony Egbase
     X present    X custody                  X present    X retained

_____

PROCEEDINGS:   GUILTY PLEA TO 1ST SUPERSEDING INFORMATION

Court and counsel confer re: the guilty plea.  A waiver of indictment has been previously signed and filed.

Defendant moves to plead guilty to the 1st Superseding Information.

Defendant is sworn.  The Court questions the defendant regarding the offered plea of Guilty.

Defendant now enters a plea of Guilty to the 1st Superseding Information.

The Court finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made.  The plea is accepted and entered.

THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO OCTOBER 22, 2012 AT 1:30 P.M. FOR SENTENCING.

                                                                                          15 min

MINUTES FORM 6                                            Initials of Deputy Clerk ___WH___
CRIM -- GEN